PER CURIAM.
Affirmed. Schneckloth v. Bustamonte, 412 U.S. 218, 93 S.Ct. 2041, 36 L.Ed.2d 854 (1973); State v. Battleman, 374 So.2d 636, 637 (Fla. 3d DCA 1979); State v. Garcia, 374 So.2d 601 (Fla. 3d DCA 1979); Davis v. State, 226 So.2d 257 (Fla. 2d DCA 1969); Rodriguez v. State, 189 So.2d 656 (Fla. 3d DCA 1966), cert. denied, 389 U.S. 848, 88 S.Ct. 66, 19 L.Ed.2d 116 (1967).